AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED<br>19-cv-05851-LTS   6/21/2019 | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |
| PLAINTIFF<br>Strike 3 Holdings, LLC | DEFENDANT<br>John Doe<br>subscriber assigned IP address 98.7.204.227 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 See Attached List | See Attached List | | See Attached List |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☑ No | DATE RENDERED<br>11/16/2019 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>11/18/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 98.7.204.227,<br><br>　　　　　　Defendant. | Civil Action No. 1:19-cv-05851-LTS-SDA |

PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 98.7.204.227 ("Defendant"), through Defendant's counsel, Erin Russell, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 16, 2019　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　/s/ *Jacqueline M. James*
　　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq. (#1845)
　　　　　　　　　　　　　　　　　　　　　The James Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　445 Hamilton Avenue, Suite 1102
　　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　　T: 914-358-6423
　　　　　　　　　　　　　　　　　　　　　F: 914-358-6424
　　　　　　　　　　　　　　　　　　　　　E-mail:  jjames@jacquelinejameslaw.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*__
Jacqueline M. James, Esq.

**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 35

**IP Address:** 98.7.204.227  
**ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C67CEBFB35714146396FF2583118CA8B68E56015 | 05/08/2019 02:57:08 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 2 | 143ED56E751B662F727B52D79C441FBCC16BB177 | 12/21/2018 22:12:14 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 3 | 16964274EEF2DEB09294CF8A21B1AFBB9CC70842 | 01/12/2019 20:10:12 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 4 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | 01/08/2019 23:58:08 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 5 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | 06/06/2018 01:05:22 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 6 | 25075BEE3E430D7FF4B45A78867471F6EA59D266 | 01/08/2019 23:59:26 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 7 | 400E090F4802B871662C556A82ABFC945392215F | 05/22/2018 00:14:14 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 8 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | 10/16/2018 00:31:14 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 9 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 04/15/2019 01:14:07 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 10 | 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC | 02/27/2019 23:31:33 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 11 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 12/28/2018 21:34:56 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 12 | 569EA4E37D734845F004640477EAC8E02A56BA2C | 03/07/2019 03:58:29 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 13 | 6104B7F50999C9346F73522A4B8CFC0684D6B48E | 09/18/2018 02:39:02 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 14 | 6A9C3A31CC22405729F230BE6332DE0A31F7BB38 | 12/28/2018 21:36:47 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 15 | 6F163C383995F829D551524573789A6FEC5C22D5 | 06/06/2018 01:04:49 | Vixen | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 16 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | 11/28/2018 01:26:57 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 17 | 7C8758690E3BB2F2D03A741B58A27C525B8699BA | 02/22/2019 02:58:01 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 80494AFA4036C921B131676C3D1A61F5DE378231 | 04/15/2019 01:22:42 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 19 | 8B84870625941F984BA357806583B9F62C6D5F9D | 02/02/2019 04:04:39 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 20 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | 07/09/2018 23:11:34 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 21 | 958114234F010ED12787587C6B9FA13E19388CF1 | 10/29/2018 23:53:54 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 22 | A93D128460BD58723BF227F061B37EDBF17079EE | 08/24/2018 00:53:50 | Vixen | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 23 | AA99615AE6C723CB3050DAC4D48D914E6D5CC02F | 05/22/2018 00:15:56 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 24 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | 09/13/2018 00:52:51 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 25 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | 10/02/2018 23:10:31 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 26 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 09/06/2018 23:16:44 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 27 | C2D9B1003D58049A4B3166BE0C9620ECCA0B4800 | 04/09/2019 23:43:19 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 28 | C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8 | 02/14/2019 01:52:03 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 29 | CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E | 12/21/2018 22:12:29 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 30 | D33B55F4B260300934470B2571AA379EBBA73038 | 12/12/2018 00:21:52 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 31 | D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A | 01/02/2019 18:12:34 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 32 | E0805C7C54BD9B9777F151B670B78A4D50290951 | 05/12/2018 11:35:48 | Blacked | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 33 | ECEC874C21239A30F35D90C14D825619A4E8486A | 08/24/2018 00:53:01 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 34 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | 12/14/2018 23:50:58 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 35 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | 08/07/2018 02:57:40 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |